U,S. Department of Justice8-HL-TQL   Document 2   Filed 04/26/13   Page 1 of 1
*United States Attorneys*

___

# United States District Court

For the Middle District of Georgia

3:13-cr-83-J 25 JRK

United States of America )
                      )
       v.            )       Criminal No. 7:13-CR-8 (HL)
                      )
Eddie Battles          )

### CONSENT TO TRANSFER OF CASE
### FOR PLEA AND SENTENCE
*(Under Rule 20)*

     I, Eddie Battles, defendant, have been informed that an information is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Middle District of Florida in which I am held and to waive trial in the above captioned District.

Dated: **April 10** , 2013 at _____

_____
EDDIE BATTLES
*(Defendant)*

_____
VANESSA NEWTSON
*(Counsel for Defendant)*

_____
*(Witness)*

Approved

_____
Michael J. Moore
United States Attorney for the
Middle District of Georgia

_____
Robert E. O'Neill
United States Attorney for the
Middle District of Florida'

FORM USA-153

FORM OBD - 101  Formerly USA - 18
8-27-74

## RULE 20 - TRANSFER NOTICE

| To:<br>Michael J. Moore<br>United States Attorney | District<br>Middle District of Georgia | Date<br>April 10, 2013 |
|---|---|---|
| Name of Subject<br>Eddie Battles | Statute Violated<br>18 U.S.C. § 1951 (4 cts) | File Data (Initials & Number) |

### PART A - DISTRICT OF ARREST

☑  The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

❑  Enclose is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

❑  Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of Court in this district in accordance with Rule 20. Docket No. 7:13-CR-8 (HL)

❑  Other (Specify):

❑  The above-named defendant entered a plea of guilty under Rule 20.
   **DATE OF PLEA**          **DATE OF SENTENCE**          **SENTENCE**

| FROM (Signature and Title)<br>Robert E. O'Neill<br>United States Attorney, MDFL | ADDRESS<br>400 North Tampa Street, Suite 3200<br>Tampa, Florida 33602 |
|---|---|

### PART B - DISTRICT OF OFFENSE

☑  I am agreeable to Rule 20 disposition.

❑  I am not agreeable to Rule 20 disposition.
   Defendant's appearance is desired at _____ on _____ at _____ o'clock.
   (Kindly notify me of any anticipated delay.)

☑  Enclosed are two certified copies of the information. Docket No. 7:13-CR-8 (HL)

❑  Please have defendant execute waiver of indictment.

❑  Other (Specify):

| SIGNATURE (Name & Title)<br>Michael J. Moore<br>United States Attorney | DISTRICT<br>Middle District of Georgia | DATE<br>Apr. 25, 2013 |
|---|---|---|

See United States Attorney' Manual, Title 2, pp. 11-16.2 and United States Attorneys Bulletin (Appendix) Vol. 9, No. 20, October 6, 1961, for an explanation of procedures under Rules 7 and 20, Federal Rules of Criminal Procedure. See also Title 4, p. 44.1, United States Attorneys Manual.          DOJ

## U.S. District Court [LIVE AREA]
## Middle District of Georgia (Valdosta)
## CRIMINAL DOCKET FOR CASE #: 7:13-cr-00008-HL-TQL-1

Case title: UNITED STATES OF AMERICA v. BATTLES

Date Filed: 04/08/2013
Date Terminated: 04/26/2013

Assigned to: Judge Hugh Lawson
Referred to: US Mag Judge Thomas Q Langstaff

### Defendant (1)
**EDDIE BATTLES**
*TERMINATED: 04/26/2013*

### Pending Counts

None

### Highest Offense Level (Opening)

None

### Terminated Counts

INTERFERENCE WITH
COMMERCE BY ROBBERY -
18:1951
(1-4)

### Highest Offense Level (Terminated)

Felony

### Complaints

None

### Disposition

### Disposition

transferred to the Middle District of Florida

### Disposition

### Plaintiff
**UNITED STATES OF AMERICA**

represented by **Robert D. McCullers**
United States Attorney's Office
P.O. Box 1702
300 Mulberry Street, Suite 400
Macon, GA 31202-1702
478-621-2730
Fax: 478-621-2737
Email: robert.mccullers@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 04/08/2013 | 1 | INFORMATION as to EDDIE BATTLES (1) count(s) 1-4. (rlw) (Entered: 04/08/2013) |
| 04/26/2013 | 2 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Middle District of Florida Counts closed as to EDDIE BATTLES (1) Count 1-4,1-4. (rlw) (Entered: 04/26/2013) |

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CRIM. NO: 7:13-CR-8-HL |
| vs. | : |
| | : VIOLATION: 18 U.S.C. § 1951 |
| | : |
| EDDIE BATTLES | : INFORMATION |
| | : |

## THE UNITED STATES ATTORNEY CHARGES:

### INTRODUCTION
### (Interference with Commerce by Robbery)

At all times relevant to this Indictment, Dollar General, a business with multiple locations, including but not limited to Lake Park, Georgia, Valdosta, Georgia, and Homerville, Georgia, was engaged in buying and selling goods in interstate and foreign commerce by utilizing retail stores and in an industry which affects interstate and foreign commerce.

### COUNT ONE

That on or about November 28, 2011, in the Valdosta Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

### EDDIE BATTLES

did unlawfully obstruct, delay and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code,

1

Section 1951, in that the defendant did unlawfully take and obtain personal property consisting of $2,844, more or less, in United States currency, which was the property of Dollar General, from C.L. and J.C., employees of the Lake Park Dollar General, against their will by means of actual and threatened force, violence and fear of injury, immediate and future, to their person, that is by forcing them to give the money belonging to Dollar General to the defendant while defendant brandished a firearm.

All in violation of Title 18, United States Code, Section 1951.

## COUNT TWO

That on or about December 30, 2011, in the Valdosta Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

### EDDIE BATTLES

did unlawfully obstruct, delay and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property consisting of $941, more or less, in United States currency, which was the property of Dollar General, from K.H. and T.S., employees of the Valdosta Dollar General, against their will by means of actual and threatened force, violence and fear of injury, immediate and future, to their person, that is by forcing them to give the money belonging to Dollar General to the defendant while defendant brandished a firearm.

All in violation of Title 18, United States Code, Section 1951.

2

## COUNT THREE

That on or about January 11, 2012, in the Valdosta Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

### EDDIE BATTLES

did unlawfully obstruct, delay and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property consisting of $4,736, more or less, in United States currency which was the property of Dollar General, from T.S. and D.J., employees of the Homerville Dollar General, against their will by means of actual and threatened force, violence and fear of injury, immediate and future, to their person, that is by forcing them to give the money belonging to Dollar General to the defendant while defendant brandished a firearm.

All in violation of Title 18, United States Code, Section 1951.

## COUNT FOUR

That on or about January 29, 2019, in the Valdosta Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

### EDDIE BATTLES

did unlawfully obstruct, delay and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property

3

consisting of $583, more or less, in United States currency, which was the property of Dollar General, from R.C. an employee of the Lake Park Dollar General, against her will by means of actual and threatened force, violence and fear of injury, immediate and future, to her person, that is by forcing her to give the money belonging to Dollar General to the defendant while the defendant pretended to have a firearm.

All in violation of Title 18, United States Code, Section 1951.

MICHAEL J. MOORE
UNITED STATES ATTORNEY

ROBERT D. MCCULLERS
ASSISTANT UNITED STATES ATTORNEY

4

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

UNITED STATES OF AMERICA          :   **WAIVER OF INDICTMENT**

             v.          :   **INFORMATION**
                            :

**EDDIE BATTLES**          :   **CRIM. NO:** 7: 13-CR-8-7H
**Defendant**          :
                            :

I, **EDDIE BATTLES**, the above-named defendant, who is accused of **four counts of robbery** in violation of Title 18, United States Code § 1951, after having been advised of the nature of the charges, the proposed Information, and of my rights, hereby waive in open court on _____, prosecution by Indictment and consent that the proceedings may be by Information rather than by Indictment.


_____
EDDIE BATTLES
DEFENDANT


_____
VANESSA NEWTSON
COUNSEL FOR DEFENDANT


Before: _____
          JUDICIAL OFFICER